Jacob Froscher, appellee, v. Wilcox Company et al., appellants. Gen. No. 37,968.

Opinion filed November 5, 1935.
Milton G. Manasse, for appellants. No appearance for appellee.
Mr. Justice Friend delivered the opinion of the court.